**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-59120-PMB |
| | * | |
| JANE DENISE BOSTICK, | * | |
| aka DENISE JANE BOSTICK | * | CHAPTER: 13 |
| AKA DENISE J BOSTICK, | * | |
| | * | |
| DEBTOR. | * | |
| | * | |
| JANE DENISE BOSTICK, | * | |
| | * | **CONTESTED MATTER** |
| MOVANT, | * | |
| VS. | * | |
| | * | |
| SRP 2012-4 LLC, - CLAIM #9 | * | |
| RESPONDENT. | * | |

**OBJECTION TO PROOF OF CLAIM**

COMES NOW Jane Denise Bostick, Debtor in the above-styled Chapter 13 case, and through counsel files this "Objection to Proof of Claim," showing to this Honorable Court the following:

**1.**

Debtor objects to the Proof of Claim filed by SRP 2012-4 LLC (claim number 9 on the claims register) for the amount of $61874.7. Specifically, Debtor shows said claim is filed for the entire principal balance and alleges the note matures on September 1, 2017. The attached note shows that the loan is a thirty year note that does not mature until 2032. Therefore, the claim should be reduced to $36,741.20, the amount of the interest and fees.

WHEREFORE, Debtor prays:
(a)    That this "Objection to Proof of Claim" be filed, read, and considered;
(b)    That claim should be reduced to $36,741.20;
(c)    That this Honorable Court sustain this "Objection to Proof of Claim;" and,

/pw

(d) That this Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,
Clark & Washington, LLC

s/_____
**Brian M. Shockley**
GA Bar No. 643752
Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

/pw

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-59120-PMB |
| | * | |
| JANE DENISE BOSTICK, | * | |
| aka DENISE JANE BOSTICK | * | CHAPTER: 13 |
| AKA DENISE J BOSTICK, | * | |
| | * | |
| | * | |
| DEBTOR. | * | |
| | * | |
| JANE DENISE BOSTICK, | * | |
| | * | **CONTESTED MATTER** |
| MOVANT, | * | |
| VS. | * | |
| | * | |
| SRP 2012-4 LLC, - CLAIM #9 | * | |
| RESPONDENT. | * | |

**NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed an **"Objection"** seeking to disallow claim of SRP 2012-4 LLC (claim number 9 on the claims register) until such time when it is amended to reflect creditor's unsecured deficiency balance.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1202 of the US Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, at 10:00 AM, on October 18, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the

*/pw*

response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

                Respectfully submitted,
                Clark & Washington, LLC

                s/_____
                **Brian M. Shockley**
                GA Bar No. 643752
                Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax (770)220-0685

*/pw*

# CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Notice of Hearing on Objection to Proof of Claim" and "Objection to Proof of Claim" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

| | |
|---|---|
| Jane Denise Bostick<br>3380 Stratton Ln<br>Dacula, GA 30019 | SRP 2012-4 LLC<br>c/o Angela Kristen Viale, BK Asset Mgr.<br>SN Servicing<br>323 5th Street<br>Eureka CA 95501 |

I further certify that, by agreement of the parties, Melissa J Davey, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated this  09/12/2018

s/
Brian M. Shockley
GA Bar No. 643752

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

/pw